FILED
JUL 2 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Case No 14-00631-AWI
Bankr. No. 13-17297
(Chapter 11)

In Re MARIA ROSA PEDRO
Debtor.

MARIA PEDRO,
Appellant,

v.

FARM CREDIT WEST,
WESTERN MILLING, LLC
SEALY and COMPANY
DIAZ LAW FIRM, INC.
SOUSA and COMPANY
Appellees.

## STIPULATION FOR DISMISSAL OF APPEAL

Under Fed. R. Bankr. P. 8001(c)(2), the parties herein agree to dismissal of this appeal.

Attorney for Appellant Maria Pedro
_____        Dated: 6/9/14
Thomas O. Gillis

Attorney for Appellee Farm Credit West

_____        Dated: _____
Michael Joseph Gomez

(Signatures continued)

93232-00034 2963602.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Case No 14-00631-AWI
Bankr. No. 13-17297
(Chapter 11)

In Re MARIA ROSA PEDRO
Debtor.

MARIA PEDRO,
Appellant,

v.

FARM CREDIT WEST,
WESTERN MILLING, LLC
SELEY and COMPANY
DIAS LAW FIRM, INC.
SOUSA and COMPANY
Appellees.

STIPULATION FOR DISMISSAL OF APPEAL

Under Fed. R. Bankr. P. 8001(c)(2), the parties herein agree to dismissal of this appeal.

Attorney for Appellant Maria Pedro

_____  Dated: _____
Thomas O. Gillis

Attorney for Appellee Farm Credit West
_____  Dated: 6/16/2014
Michael Joseph Gomez

(Signatures continued)

93232-00034 2963602 1

(Continued Signatures Stipulation for Dismissal of Appeal)

Attorney for Appellee Western Milling, LLC,

_____  Dated: _____
Hilton A. Ryder

Attorney for Appellee Seley and Company

_____  Dated: _____
Bradley A. Silva

*[signature]*
Attorney for Appellee Dias Law Firm, Inc.

_____  Dated: 6/10/2014
Michael A. Dias

Attorney for Appellee Sousa and Company

_____  Dated: _____
Dave Sousa

(Continued Signatures Stipulation for Dismissal of Appeal)

Attorney for Appellee Western Milling, LLC,

_____
Hilton A. Ryder

Dated: 6-10-14

Attorney for Appellee Seley and Company

_____
Bradley X. Silva

Dated: 6-10-2014

Attorney for Appellee Dias Law Firm, Inc.

_____
Michael A. Dias

Dated: _____

Attorney for Appellee Sousa and Company

_____
Dave Sousa

Dated: 6/10/14

It is so Ordered. Dated: 7-1-14

_____
United States District Judge